UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TASK MORELAND,

    Plaintiff,

vs.

WARDEN NOBLE
CORRECTIONAL INSTITUTION,

    Defendant.

Case No. 3:25-cv-193

District Judge Michael J. Newman
Magistrate Judge Karen L. Litkovitz

_____

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 9); (2) GRANTING PETITIONER'S UNOPPOSED MOTION TO STAY (Doc. No. 3); AND (3) REQUIRING PETITIONER TO FILE A MOTION TO REINSTATE THE CASE ON THIS COURT'S ACTIVE DOCKET WITHIN THIRTY DAYS AFTER FULLY EXHAUSTING HIS STATE COURT REMEDIES**
_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. No. 9), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, the Court determines that the Report and Recommendation should be adopted. *See Rhines v. Weber*, 544 U.S. 269 (2005).

Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety; (2) **GRANTS** Petitioner's unopposed motion to stay; and (3) **REQUIRES** Petitioner to file a motion to reinstate the case on this Court's active docket within thirty (30) days after fully exhausting his state court remedies through the requisite levels of state appellate review.

    **IT IS SO ORDERED.**

October 6, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge